# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARLOS I. CORREA MIRAMONTES,

                    Petitioner,

        v.

CHERYL M. DAVIS, et al.,

                    Respondents.

Case No. 5:24-cv-00724-KK (SK)

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DISMISS HABEAS PETITION AS MOOT**

In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation (R&R) to dismiss the habeas petition (ECF 25), any pertinent records as needed, and Petitioner's objections (ECF 26). The Court has reviewed de novo those identifiable portions of the R&R to which Petitioner has timely and properly objected. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Finding that nothing in Petitioner's objections affects the material findings and conclusions in the R&R, the Court accepts the recommendation and orders that the petition under 28 U.S.C. § 2241 be DENIED as moot. Judgment dismissing this action without prejudice will be entered accordingly. All pending motions (ECF 17, 19) are likewise DENIED as moot.

        IT IS SO ORDERED.

DATED: October 24, 2024

_____
KENLY KIYA KATO
United States District Judge