JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS I. CORREA MIRAMONTES,<br><br>　　　　Petitioner,<br><br>v.<br><br>CHERYL M. DAVIS et al.,<br><br>　　　　Respondents. | Case No. 5:24-cv-00724-KK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Dismiss Habeas Petition as Moot, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: October 24, 2024

_____
KENLY KIYA KATO
United States District Judge